


UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re | |
| Pamela L Gibson | Chapter 13 |
| | Case Number 03-21334 |
| Debtor (s) | |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to <u>AmeriCredit</u>,

in the amount of $ <u>$1,982.42</u> and said check having not been cashed by said payee, the

Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to

the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury.

Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money

to <u>AmeriCredit</u>

**I declare under penalty of perjury that the information provided in this application for payment of unclaimed funds is true and correct.**

_____
*Signature required*

## STATEMENT OF AUTHORITY

The undersigned hereby executes this Statement of Authority on behalf of AmeriCredit Financial Services, Inc., a Delaware corporation ("AmeriCredit").

The mailing address for AmeriCredit is:

801 Cherry Street, Ste. 3900
Fort Worth, Texas 76102

EXECUTED this 10th day of October, 2008.

Signature: _____
Name: Alice Whitten
Title (if any): SVP Associate Counsel

STATE OF TEXAS     )
                    ) ss.
COUNTY OF TARRANT )

The foregoing instrument was acknowledged before me this 10th day of October, 2008 by Alice Whitten, on behalf of AmeriCredit Financial Services, Inc., a Delaware corporation.

_____

Witness my hand and official seal.
My commission expires: _10/04/2011_

LAURA PRUITT
Notary Public
STATE OF TEXAS
My Comm. Exp. 10/04/2011

**FILED**

OCT 1 4 2008

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In Re: | |
|---|---|
| Pamela L Gibson | **Case Number:** 03-21334 |
| | **Chapter:** 13 |
| **Debtor(s)** | |

## NOTICE OF SERVICE

Notice is hereby given that on 10/10/2008 _____, a copy of the Application for

Payment of Unclaimed Funds was mailed to the office of the United States Attorney for the

District of Arizona, **2 Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix,**

**Arizona 85004.**

by: _____

Signature Required

STOCK NO. 2A595277

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT AND PURCHASE MONEY SECURITY AGREEMENT

Buyer(s)/Debtor(s): [illegible] PAMELA GIBSON
Address: 3912 W KALER DR PHOENIX AZ 85051

Seller/Creditor: BELL ROAD AUTO MALL
Address: 999 W BELL ROAD PHOENIX AZ 85023

This is an agreement for the installment purchase by you of the Vehicle described below. As used in this Contract, the words "you" and "your" mean the Buyer or Buyers who sign below. The words "we", "us", "our" and "Seller" refer to the Seller whose name and address appear above or to anyone to whom this Contract is assigned (referred to as the "Assignee"). If the Assignee notifies you that it has purchased this Contract, you agree to make all of your payments to the Assignee. This sale is subject to approval of your credit by us and acceptance of this Contract by an Assignee. BY SIGNING BELOW, YOU ALSO AGREE TO ALL OF THE TERMS ON BOTH SIDES OF THIS CONTRACT. PLEASE READ THE BACK CAREFULLY.

This Vehicle which you are purchasing is a:

| NEW OR USED | YEAR MODEL | MAKE TRADE NAME | NO. CYL | BODY TYPE | MODEL # OR SERIES | VEHICLE I.D. # |
|---|---|---|---|---|---|---|
| NEW | 2002 | HYUNDAI | 4 | 4DR SDN | SONATA | [redacted] |

EQUIPMENT:
☐ AM/FM Stereo ☐ Tape ☐ 4 Sp. Trans. ☐ 5 Sp. Trans. ☐ T Top/Sun ☐ CD Player ☐ Pwr. Brg. ☐ Auto Trans. ☐ Air Cond. ☐ Cruise ☐ Pwr. Wind. ☐ Pwr. Seats ☐ Pwr. Doors ☐ Cust. Whls.

Misc. Equipment:

You intend to use the Vehicle primarily for ☒ personal, family, or household purposes ("personal use") ☐ commercial, business, agricultural, or other non personal uses ("commercial use").

| | | |
|---|---|---|
| **ANNUAL PERCENTAGE RATE** | THE COST OF YOUR CREDIT AS A YEARLY RATE. | 17.95 % |
| **FINANCE CHARGE** | THE DOLLAR AMOUNT THE CREDIT WILL COST YOU. | $ 13,635.28 e |
| Amount Financed | The amount of credit provided to you or on your behalf | $ 20,906.00 |
| Total of Payments | The amount you will have paid after you have made all payments as scheduled. | $ 34,541.28 e |
| Total Sale Price | The total cost of your purchase on credit including your down payment of $ 2,625.18 | $ 37,166.46 e |

e means an estimate

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| | N/A | |
| 72 | 479.74 | Monthly, Beginning MAR 12TH 2002 |
| | N/A | |

Insurance: CREDIT LIFE INSURANCE AND CREDIT DISABILITY INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT, AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST.

| Type | Premium For Term of Contract | Signature |
|---|---|---|
| Credit Life Insurance | $ N/A | I want credit life insurance only ______ |
| Disability Insurance | $ N/A | I want disability insurance only ______ |
| Credit Life and Disability | $ N/A | I want credit life and disability insurance ______ |
| Joint Credit Life Insurance | $ N/A | We want joint credit life insurance ______ |
| Joint Credit Life and Single Disability Insurance | $ N/A | We want joint credit life and single disability insurance ______ |

Security: You are giving a security interest in the Vehicle being purchased.
Late Charge: If the Vehicle is purchased for personal use, and a payment is not paid in full within 10 days after it is due, you will pay a late charge of the lesser of $10.00 or 5% of the unpaid balance of the installment.
Prepayment: If you pay off early, you will not have to pay a penalty.
See the other portions of this Contract for additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (incl. accessories) $ 20,205.30 + Sales Tax $ 826.63 +
Net Trade-In Deficiency (item 5) $ N/A = Total Cash Price $ 21,031.93 (1)
2. Other charges imposed by Seller include:
**(a) Vehicle Service Contract (Term) 120 MOS/100000 MLS $ 1,500.00
(b) Dealer Documentary Fee $ 199.00
(c) Other (describe) GAP INSURANCE $ 500.00
Total $ 2,199.00 (2)
3. Payments made on your behalf to Public Officials for Official Fees:
(a) Registration Fees $ 9.75 + (b) Title Fees $ 4.00 + (c) Lieu Tax $ 280.00 +
(d) Lien Filing Fees $ N/A + (e) Postage Fees $ 1.50 + (f) Weight Fees $ N/A +
(g) Other (describe) TIRE DISPOSAL FEE $ 5.00
Total $ 300.25 (3)
4. Cash Sale Price (sum of items 1,2 and 3) $ 23,531.18 (4)
5. Trade-in 2001 HYUND ACCENT (Yr., Make and Model) $ 10,000.00 (Gross Allowance) - $ 8,374.82 (Payoff) = $ 1,625.18 (Net Trade-In (Deficiency)) (5)
6. Total Down Payment includes:
(a) Net Trade-In (item 5) $ 1,625.18
(b) Cash Down Payment (includes manufacturer's rebate of $ 1,000.00 assigned to Seller) $ 1,000.00
Total Down Payment (a + b) $ 2,625.18 (6)
7. Unpaid balance of Cash Sale Price (item 4 less item 6) $ 20,906.00 (7)
8. Payments made to others on your behalf:
**(a) Amounts paid to Insurance Companies for Insurance Premiums:
(1) Credit Insurance Premiums $ N/A + (2) Property Insurance Premiums $ N/A
Total $ N/A (8a)
(b) Amounts paid to others:
**(1) Payments to ______ for ______ $ N/A (8b)
**(2) Payments to ______ for ______ $ N/A (8c)
Total Amount Paid to Others (a + b) $ N/A (8)
**We may be retaining a portion of this amount.
9. Amount Financed - Amount of credit you will get (item 7 plus item 8) $ 20,906.00 (9)
10. If the "Amount Financed" exceeds $25,000 or if the Vehicle is purchased primarily for commercial use, the "Amount Financed" is also the "Final Cash Price Balance" and the "Total of Payments" is also the "Time Balance."
11. Property Insurance: You promise to keep the Vehicle insured for its full value against loss or damage with loss payable endorsement in our favor during the time any amount is unpaid under this Contract. YOU MAY OBTAIN YOUR REQUIRED INSURANCE FROM ANY COMPANY ACCEPTABLE TO US. If you purchase your insurance through Seller, the costs and terms of coverage are as follows:

| Coverage | TERM | PREMIUM |
|---|---|---|
| Collision (actual cash value of loss less $ N/A deductible) and Comprehensive including fire and theft (cash value of loss less $ N/A deductible) | N/A months | $ N/A |
| Other (describe) | N/A months | $ N/A |

If you buy insurance through your own agent, the cost is not included in this Contract. Please give us the name and telephone number of the agent you choose:
Agent's Name ______ Telephone Number ______
Agent's Address ______ City ______ State ______

Promise To Pay: By signing below, you promise to pay us the Amount Financed, together with finance charges calculated thereon at the Annual Percentage Rate. You agree to make your payments to us as set forth in the Payment Schedule shown above. Your final payment may change, depending upon your payment habits. We will apply each payment first to accrued finance charges and late charges and then to reduce your principal balance. This means your finance charge will be less when you pay early and more if you pay late. Any necessary adjustments to your total finance charge will be reflected in your final payment. If a payment is not paid in full within 10 days after it is due, you will also pay a late charge. If the Vehicle is purchased for commercial use, the late charge will be 5% of the unpaid balance of the installment; if the Vehicle is purchased for personal use, the late charge will be the lesser of $10.00 or 5% of the unpaid balance of the installment.

Security Interest: To protect us if you do not pay as promised, or if you break some other promise of this Contract, you give us a purchase money security interest in the Vehicle, all accessions thereto, and in any proceeds of the Vehicle. If the Vehicle is purchased for commercial use, this security interest also covers all equipment, accessories, and parts (other than accessions) added to the Vehicle. If the Vehicle is purchased for personal use, this security interest also covers equipment, accessories, and parts (other than accessions) added to the Vehicle within 10 days of the date of this Contract. You also give us a security interest in the proceeds of any physical damage insurance policy on the Vehicle and in any insurance premiums which are refunded. This security interest does not cover any other debts you owe us, and this debt is not covered by any other security interest held by us. NOTICE: BY GIVING US A SECURITY INTEREST IN THE VEHICLE DESCRIBED ABOVE, YOU WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM THE VEHICLE EXEMPT FROM LEGAL PROCESS.

LIMITATIONS/EXCLUSIONS OF PRODUCT WARRANTIES
(a) For "new" vehicles: (1) If the Vehicle is purchased for personal use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose unless Seller also gives you a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a service contract with you which applies to the Vehicle. In that event, any implied warranties arising from the sale of the Vehicle shall be limited to the duration of Seller's written warranty or service contract; (2) If the vehicle is purchased for commercial use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose. The Vehicle is sold to you AS IS, except for any express warranties made by Seller, on its own behalf, or by the manufacturer of the Vehicle or of any component parts; (3) In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied.

(b) For "used" vehicles:
(1) Used Car Implied Warranty of Merchantability:
THE SELLER HEREBY WARRANTS THAT THE VEHICLE WILL BE FIT FOR THE ORDINARY PURPOSES FOR WHICH THE VEHICLE IS USED FOR 15 DAYS OR 500 MILES AFTER DELIVERY, WHICHEVER IS EARLIER, EXCEPT WITH REGARD TO PARTICULAR DEFECTS DISCLOSED ON THE FIRST PAGE OF THIS AGREEMENT. YOU (THE PURCHASER) WILL HAVE TO PAY UP TO $25.00 FOR EACH OF THE FIRST TWO REPAIRS IF THE WARRANTY IS VIOLATED.
(2) Waiver of Used Car Implied Warranty of Merchantability:
ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS:
ATENCION COMPRADOR: FIRME AQUI SOLAMENTE SI EL VENDEDOR TE HA DICHO QUE EL VEHÍCULO TIENE EL SIGUIENTE PROBLEMA (S) Y QUE USTED ESTA DE ACIERTO DE COMPRA EL VEHÍCULO BAJO ESTOS TÉRMINOS:
1. ______ Buyer/Comprador ______
2. ______ Buyer/Comprador ______
3. ______
(3) The vehicle is sold "AS IS – NOT EXPRESSLY WARRANTED OR GUARANTEED" unless Seller gives you a separate written instrument showing the terms of any warranty or service contract given by Seller on its own behalf. If the Vehicle is purchased for personal use, Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earlier, as set forth above, unless Seller also gives you a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a service contract with you which applies to the Vehicle. In that event, any implied warranties arising from the sale of the Vehicle shall be limited to the duration of Seller's written warranty or service contract. If the Vehicle is purchased for commercial use, Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earlier. In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied, except for a breach of the implied warranty of merchantability.

**NOTICE TO THE BUYER: 1. Do not sign this Contract before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the Contract you sign.**

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT, UNLESS DESCRIBED IN ITEM 11 AND AN APPROPRIATE PREMIUM CHARGE IS SHOWN IN ITEM 8(a) ABOVE.

SELLER IS REGULATED BY AND COMPLAINTS CONCERNING THIS CONTRACT MAY BE ADDRESSED TO:
ARIZONA STATE BANKING DEPARTMENT
2910 N. 44th STREET, SUITE 310
PHOENIX, ARIZONA 85018
TELEPHONE (602) 255-4421

Buyer(s) Acknowledge(s) receipt of a fully completed copy of this Contract.
*BUYER [signature]
*BUYER [signature]

Dated this 26TH day of JANUARY 2002

SELLER: BELL ROAD AUTO MALL
By [signature]
Its ______

*OTHER OWNERS: If a person shown on the certificate of title as an owner of the vehicle does not want to be separately liable to pay this debt, please sign below to give us a security interest in the vehicle, its proceeds, and physical damage insurance policy and any refunds of insurance premiums.

SIGNATURE ______ 01/26/02 DATE SIGNATURE ______ 01/26/02 DATE

ASSIGNMENT

Seller hereby assigns to the below designated Assignee under the terms and conditions of a Dealer Agreement (☐ Recourse ☒ Non-Recourse) previously entered into between Seller and Assignee, and in any event in accordance with the terms, conditions and warranties of the Seller's Assignment and Warranty on the reverse side hereof.

[signature]

For Dealer Protection [illegible]



**Motor Vehicle Division**

ADOT

46-0103 R12/00

Vehicle Identification Number
███████████595277

First Registered
02/2002

| Year | Make | Model | Body Style |
|------|------|-------|-----------|
| 2002 | HYUN | SON | 4DSD |

Mobile Home Manufacturer

Unit Number

AMERICREDIT FIN SVCS INC
PO BOX 182673
ARLINGTON TX 76096

Title Number
A66041E064214

Issue Date
03052002

Odometer Miles (no tenths)*
24 A

\* A- Actual Mileage
B- Mileage in excess of the odometer mechanical limits
C- NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

Arizona Brands

Previous Brand        State  Previous Brand        State  Previous Brand        State  Other States With Brands
ADDITIONAL BRAND INFORMATION WILL BE PRINTED HERE IN THE FUTURE.

Owners/Lessees
TERYL, LEONARD, JEWELL
PAMELA, LYNN, GIBSON

Lienholders
FIRST LIEN-      LIEN AMOUNT:      20906.00      LIEN DATE: 01262002
AMERICREDIT FIN SVCS INC
PO BOX 182673                ARLINGTON              TX  76096

### LIEN RELEASE

| Lien Amount | | Lien Date |
|---|---|---|
| Lienholder Name | | |
| | | Lienholder Signature |

| | Acknowledged before me this date. | Notary or MVD Agent Signature | |
|---|---|---|---|
| | Date | County | |
| | | | State  Commission Expires |



# ARIZONA CERTIFICATE OF TITLE

Motor Vehicle Division

Vehicle Identification Number

Year **2002** Make **Hyun** Model **SON** Body Style **4DRP**

First Registered **02/2001**

AMERICREDIT FINANCIAL SERVICES
PO BOX 183724
ARLINGTON

**VOID**

Title Number
9281003279067

Previous Title Number
A660412869274 AZ

Previous Brand          State Previous Brand

Arizona Brands
State Previous Brand

Demand Letters
AMERICREDIT FINANCIAL SERVICES

Lienholders

LIEN RELEASE

VOID WITHOUT EAGLE WATERMARK, OR IF ALTERED OR ERASED

TRANSFER OF OWNERSHIP

DEALER REASSIGNMENT

DEALER REASSIGNMENT

DEALER REASSIGNMENT